IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:19-cv-00270-FL

| | |
|---|---|
| DENNIS DALEY-BISHOP and THOMAS BISHOP<br><br>Plaintiffs,<br><br>vs.<br><br>LONG AND FOSTER PROPERTY MANAGEMENT; LONG AND FOSTER REAL ESTATE, INC.; LONG AND FOSTER, INC.; MARTIN DRAMOU, ELISABETH LAMA; and MARTINE DRAMOU<br><br>Defendants. | **ORDER GRANTING ENTRY OF DEFAULT AGAINST MARTIN DRAMOU, ELISABETH LAMA and MARTINE DRAMOU** |

Upon motion and affidavit for Entry of Default filed by counsel for Plaintiffs, and because Defendants Martin Dramou, Elisabeth Lama and Martine Dramou have failed to appear, plead, or otherwise defend within the time prescribed, default is entered against Defendant as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 3 day of December, 2019.

_____
Peter A. Moore, Jr.
Clerk of Court